FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ANGELS' SHARE LLC, a Washington Limited Liability Company d/b/a OTIS KENYON WINE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OHIO CASUALTY INSURANCE CO., a New Hampshire Company,<br><br>    Defendant. | No. 4:23-CV-05133-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is the parties' Stipulated Protective Order, ECF No. 16. Plaintiff is represented by Robert King. Defendant is represented by Danielle McKenzie, Joseph Hampton, and Bradford Lamb. The motion was considered without oral argument.

    The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

    The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future,

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 1**

the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Protective Order, ECF No. 16, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 2**