FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ANGELS' SHARE LLC, a Washington Limited Liability Company d/b/a OTIS KENYON WINE,<br><br>    Plaintiff,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE CO., a New Hampshire Company,<br><br>    Defendant. | No. 4:23-CV-05133-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 21. Plaintiff is represented by Robert King. Defendant is represented by Joseph Hampton and Bradford Lamb. The motion was considered without oral argument.

Due to a settlement agreement, the parties request the Court dismiss this case with prejudice and without costs to any party. The Court grants the motion.

//
//
//
//
//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 21, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 22nd day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**